UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH J. PONTHIEUX,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA; BANK OF NEW YORK MELLON, fka THE BANK OF NEW YORK; SPECIALIZED LOAN SERVICING, LLC; STRUCTURED ASSET MORTGAGE INVESTMENT TRUST II, Trust 2006-AR8, aka 5209 SAMI 2006-AR8-BAC; MORTGAGE ELECTRONIC REGISTRATION, INC.,<br><br>  Defendants. | No.  2:14-cv-412-KJM-EFB PS<br><br><br>ORDER |

   Plaintiff is proceeding pro se in the above-entitled action.  The action was referred to the undersigned pursuant to Local Rule 302(c)(21).  On March 13, 2014, all defendants except Bank of America filed a motion to dismiss.  ECF No. 7.  That motion was set for hearing on April 23, 2014.  On April 4, 2014, Bank of America filed its motion to dismiss, ECF No. 15, and set that motion for hearing on May 14, 2014.  Plaintiff seeks an extension of time to file his opposition to the March 13 motion to dismiss.  ECF No. 13.

   Pursuant to Local Rule 230(e), the court will continue the hearing on the March 13 motion to dismiss so that it may be heard concurrently with the April 4 motion to dismiss.  Accordingly, plaintiff's request for an extension of time will be denied as unnecessary.

1

Accordingly, it is hereby ORDERED that:

1. Hearing on both motions to dismiss, ECF Nos. 7 & 15, is now set for May 14, 2014 at 10:00 a.m. in Courtroom No. 8.

2. Plaintiff's request for an extension of time, ECF No. 13, is denied as unnecessary.

3. Pursuant to Local Rule 230(c), plaintiff's oppositions or statements of non-opposition to both motions to dismiss shall be filed not later than fourteen (14) days preceding the May 4, 2014 hearing.

DATED: April 8, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE